1

2

3

FILED
CLERK, U.S. DISTRICT COURT

SEP 3 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

10   HA VAN NGUYEN,                    )   No. SACV 08-198 JST (FFM)
                                       )
11              Petitioner,            )   ORDER ADOPTING FINDINGS,
                                       )   CONCLUSIONS AND
12        v.                           )   RECOMMENDATIONS OF
                                       )   UNITED STATES MAGISTRATE JUDGE
13   BEN CURRY, WARDEN,                )
                                       )
14              Respondent.            )
                                       )
15   ——————————————————————           )

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17   action, the attached Report and Recommendation of United States Magistrate Judge

18   ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

19   and adopts the findings of fact, conclusions of law, and recommendations contained in

20   the Report after having made a de novo determination of the portions to which

21   objections were directed.

22        IT IS ORDERED that judgment be entered dismissing this action with prejudice.

23   DATED:  __9.30.11__

24

25

26   JOSEPHINE STATON TUCKER
     United States District Judge

27

28