FILED
CLERK, U.S. DISTRICT COURT
SEP 30 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HA VAN NGUYEN,<br><br>  Petitioner,<br><br>  v.<br><br>BEN CURRY, WARDEN,<br><br>  Respondent. | No. SACV 08-198 JST (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 9.30.11

JOSEPHINE STATON TUCKER
United States District Judge