# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 08-198 JLS (FFM) | Date | June 10, 2014 |
|---|---|---|---|
| Title | HA VAN NGUYEN v. BEN CURRY, WARDEN | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Petitioner: Attorneys Present for Respondent:

None Present — None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On June 3, 2014, petitioner's counsel filed a notice of death of petitioner and request to dismiss the petition as moot. Respondent is ordered to show cause within 5 days of the date of this order, if any he has, why the petition should not be dismissed as moot.

IT IS SO ORDERED.

: 
Initials of Preparer    JM