UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HA VAN NGUYEN,                          )   No. SACV 08-198 JLS (FFM)
                                        )
              Petitioner,               )
                                        )   JUDGMENT
      v.                                )
                                        )
BEN CURRY, WARDEN,                      )
                                        )
              Respondent.               )
_____ )

        Pursuant to the Order Dismissing Petition,

        IT IS ADJUDGED that the Petition is dismissed without prejudice.


DATED:  ___June 30, 2014___

                                        _____
                                        JOSEPHINE L. STATON
                                        United States District Judge